UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT HAIGLER,

                Petitioner,

                v.

JAMES CONWAY,

                Respondent.

09 Civ. 2514 (LBS)

ORDER

---

SAND, J.

    On November 12, 2012, after the Court of Appeals denied Petitioner leave to appeal, we ordered the Clerk of Court to remove this case from the suspense and stay dockets. We also gave the parties 60 days to update their filings.

    Petitioner then sent us a memorandum that we received on December 7, 2012, asking us to place the case back on suspense because he had asked the Court of Appeals for reconsideration. The memorandum did not indicate that it had been served on Respondent. Because of that, we did not docket it and reminded the parties that our previous order stood and the parties had 60 days from November 12, 2012, to update their filings.

    Petitioner again wrote to us in a letter docketed December 26, 2012, asking us to reconsider our order denying the stay. Petitioner's December 26 letter explains that his December 7 letter had been served on Respondent. Petitioner also sent a letter docketed on January 2, 2013, asking for a stay. Because Petitioner's motion for reconsideration of a denial of leave to appeal on a second coram nobis petition will not further exhaust Petitioner's claim, his motions for reconsideration are DENIED.

    To prevent any prejudice while Petitioner waited for a response to his requests, an additional 14 days will be granted. Petitioner may update his filing as late as January 25, 2013. No further extensions will be granted.

    The clerk is directed to close docket numbers 23 and 25 and mail a copy of this order to all parties.

SO ORDERED.

Dated: January 8, 2013
       New York, NY

                                              Leonard B. Sand
                                                   U.S.D.J.